■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM ESCALERA, Appellant. [908 NYS2d 587]—

Judgment of resentence, Supreme Court, New York County (Rena K. Uviller, J.), rendered October 20, 2008, resentencing defendant to a term of seven years with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was not barred by double jeopardy, since defendant was still serving his prison term at that time, and therefore had no reasonable expectation of finality in his illegal sentence (*see People v Murrell*, 73 AD3d 598 [2010]). We have considered and rejected defendant's due process argument. Defendant's remaining claims are similar to arguments that were rejected in *People v Williams* (14 NY3d 198 [2010]).

Motion seeking coram nobis relief denied. Concur—Gonzalez, P.J., Andrias, Nardelli, McGuire and Abdus-Salaam, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAMS JAWARA, Appellant. [908 NYS2d 587]—Judgment, Supreme Court, Bronx County (Denis J. Boyle, J.), rendered June 16, 2006, convicting defendant, after a nonjury trial, of attempted criminal contempt in the second degree and two counts of harassment in the second degree, and sentencing him to an aggregate term of one year's probation and a conditional discharge, unanimously affirmed.

The verdict was based upon legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-49 [2007]). There is no basis for disturbing the court's decision to credit the complainant's testimony and reject that of defendant. Concur—Gonzalez, P.J., Andrias, Nardelli, McGuire and Abdus-Salaam, JJ.